IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| ANTHONY G. MERCIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1 05 825 24 |
| | ) | |
| AMERICAN FIDELITY ASSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENT TO PRO HAC VICE APPLICATION AND AFFIDAVIT
## FOR ADMISSION OF WADE W. HERRING, II

Comes now Wade W. Herring, II ("Herring"), counsel for Defendant, American Fidelity Assurance Company, and files this supplement to his application and affidavit for admission *pro hac vice* to the United States District Court, District of South Carolina. Attached as Exhibit A is Herring's Certificate of Good Standing with the State Bar of Georgia.

HULL, TOWILL, NORMAN, BARRETT & SALLEY, P.C.

_____
James M. Holly
Federal Bar No. 1918

111 Park Avenue S.W.
Aiken, South Carolina 29801
P.O. Box 517
(803) 648-4213
(803) 648-2601 FAX

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

_____
Shawn A. Kachman
Federal Bar No. 68613
Wade W. Herring, II
Georgia Bar No. 349343

200 E. St. Julian St.
P.O. Box 9848
Savannah, GA 31412
(912) 236-0261
(912) 236-4936 FAX

Attorneys for Defendant, American Fidelity Assurance Company

# EXHIBIT A

# STATE BAR OF GEORGIA



*Supporting Lawyers' Service to the Public and the Justice System*

Mr. Wade W. Herring II
Hunter Maclean Exley & Dunn
P. O. Box 9848
Savannah, GA 31412-0048

**CURRENT STATUS:** Active Member

**DATE OF ADMISSION TO PRACTICE:** 06/11/1983

**Attorney Bar Number: 349343**

Today's Date: May 19, 2005

Listed below are the disciplinary actions, if any, which have been taken against this member:

| Supreme Court Docket # | State Disciplinary Board Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Must be certified by the Office of Bar Admissions, either by exam, or on motion (**Reciprocity**)
- Sworn in to the Superior Court in Georgia
- Enrolled with the State Bar of Georgia which **is an arm of the Supreme Court of Georgia**

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in "good standing" as termed and defined by State Bar Rule 1-204. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.



**STATE BAR OF GEORGIA**

Toni Peterson
Official Representative of State Bar of Georgia

HEADQUARTERS
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Supplement to Pro Hac Vice Application and Affidavit for Admission of Wade W. Herring, II** upon all parties to this matter by causing to be deposited a true copy of same in the U.S. Mail, proper first-class postage prepaid, properly addressed to the following:

> Kristina M. Anderson
> Anderson & Anderson, LLP
> 211 York Street, NE
> Aiken, South Carolina 29801

This 24th day of May, 2005.

> HULL, TOWILL, NORMAN, BARRETT & SALLEY, P.C.
>
> By: *James M. Holly*
> James M. Holly
> Federal Bar No. 1918

111 Park Avenue S.W.
Aiken, South Carolina 29801
P.O. Box 517
(803) 648-4213
(803) 648-2601 FAX

> Attorneys For Defendant, American Fidelity Assurance Company

586476-1